| | |
|---|---|
| 1 | ANDREW L. PACKARD (State Bar No. 168690) |
| 2 | WILLIAM N. CARLON (State Bar No. 305739) |
| | Law Offices of Andrew L. Packard |
| 3 | 100 Petaluma Blvd. N., Suite 301 |
| | Petaluma, CA 94952 |
| 4 | Tel: (707) 763-7227 |
| | Fax: (707) 763-9227 |
| 5 | E-mail: andrew@packardlawoffices.com |
| | wncarlon@packardlawoffices.com |

Attorneys for Plaintiff
CALIFORNIANS FOR
ALTERNATIVES TO TOXICS

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIANS FOR ALTERNATIVES TO TOXICS, | Case No. 1:20-CV-06300-RS |
| Plaintiff, | |
| vs. | **ORDER GRANTING DISMISSAL WITH PREJUDICE [FRCP 41(a)(2)]** |
| EUREKA READY MIX LLC, DOING BUSINESS AS EUREKA READY MIX CONCRETE COMPANY, INC., ROBERT MCLAUGHLIN, AND MICHAEL MCLAUGHLIN, | |
| Defendants. | |

Plaintiff Californians for Alternatives to Toxics ("") and Defendants EUREKA READY MIX LLC, DOING BUSINESS AS EUREKA READY MIX CONCRETE COMPANY, INC., ROBERT MCLAUGHLIN, AND MICHAEL MCLAUGHLIN CANYON ROCK, CO., INC. AND WENDEL TRAPPE ("Defendants") in the above-captioned action, stipulate as follows:

WHEREAS, on or about June 29, 2020, provided Defendants with a Notice of Violations and Intent to File Suit ("CWA 60-Day Notice Letter") under Section 505 of the Federal Water Pollution Control Act ("Act" or "Clean Water Act"), 33 U.S.C. § 1365;

WHEREAS, on September 4, 2020, filed its Complaint against Defendants in this Court and said Complaint incorporated by reference all of the allegations contained in the 60-Day Notice Letter;

WHEREAS, CATs and Defendants, through their authorized representatives and without either adjudication of CATs' claims or admission by Defendants of any alleged violation or other wrongdoing, have chosen to resolve in full by way of consent decree the allegations of CATs as set forth in CATs' CWA 60-Day Notice Letter and Complaint, thereby avoiding the costs and uncertainties of further litigation;

AND WHEREAS, the Court has entered a Consent Decree resolving CATs' claims as set forth in its CWA 60-Day Notice Letter and Complaint, and pursuant to which the parties agreed to request dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Good cause appearing, IT IS HEREBY ORDERED that Plaintiff CATs' claims against Defendants, as set forth in CATs' CWA 60-Day Notice Letter and Complaint, are hereby dismissed with prejudice, each side to bear their own attorneys' fees and costs, except as provided for by the terms of the accompanying Consent Decree.

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the Parties with respect to disputes arising under the Consent Decree.

IT IS SO ORDERED.

Dated: __May 27, 2021__  

_____
Hon. Chief District Judge Richard Seeborg
UNITED STATES DISTRICT COURT JUDGE